UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT A. STENSETH, MICHELLE E. STENSETH, ROBERT J. STENSETH, <br><br> Plaintiffs, <br><br> vs. <br><br> JULIE KARPEN, SOCIAL WORKER; DEPARTMENT OF SOCIAL SERVICES, STATE OF SOUTH DAKOTA; DEB BOWMAN, DR. GREG DESAUTEL, SECRETARY OF SOCIAL SERVICES; AND STATE OF SOUTH DAKOTA, <br><br> Defendants. | 4:19-CV-04117-RAL <br><br><br> ORDER DENYING MICHELLE E. STENSETH'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |

Plaintiff, Robert A. Stenseth, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Doc. 1. This court screened and dismissed the complaint. Doc. 24. Judgment was entered in favor of the defendants. Doc. 25. Robert A. Stenseth was the only party to sign the initial complaint. *See* Doc. 1.

Michelle E. Stenseth filed a motion for leave to proceed in forma pauperis. Doc. 26. Michelle is currently an inmate at the South Dakota Women's Prison. *Id.* "[I]f a prisoner brings a civil action . . . the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1)(a).[1] "Every pleading . . . must be signed by . . . a party personally if the party is

---

[1] To file a civil rights lawsuit within the United States District Court for the District of South Dakota a filing fee of $400.00 is due. If an inmate is granted leave to proceed in forma pauperis the fee is reduced to $350.00. All filing fees are assessed under the Prison Litigation Reform Act.

unrepresented." Fed. R. Civ. P. 11(a). Because Michelle did not sign the original complaint, she has not effectively brought a civil action before this court. Thus, Michelle does not owe a filing fee and her motion to proceed in forma pauperis, Doc. 26, is denied as moot.

Accordingly, it is

ORDERED that, Michelle E. Stenseth's motion to proceed in forma pauperis, Doc. 26, is denied as moot.

DATED November 19th, 2019.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE